**SUPERIOR COURT**
**OF THE**

**RICHARD F. STOKES**
*JUDGE*

**SUSSEX COUNTY COURTHOUSE**
**1 THE CIRCLE, SUITE 2**
**GEORGETOWN, DE 19947**
**TELEPHONE (302) 856-5264**

May 30, 2017

Robert W. Hassett
SBI # 337363
James T. Vaugh Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

      RE: *State of Delaware v. Robert W. Hassett,*
          Case ID# 0005011315

Dear Mr. Hassett:

In the interest of clarity, the Court elaborates upon the denial of your Motion for Recusal.

The standard to be applied when a judge is accused of personal bias was set out in the Supreme

Court case *Los v. Los*. The Court stated,

> When faced with a claim of personal bias or prejudice under Canon 3 C(1) the
> judge is required to engage in a two-part analysis. First, he must, as a matter of
> subjective belief, be satisfied that he can proceed to hear the case free of bias or
> prejudice concerning that party. Second, even if the judge believes that he has no
> bias, situations may arise where, actual bias aside, there is the appearance of bias
> sufficient to cause doubt as to the judge's impartiality.[1]

I am satisfied that no personal bias or prejudice interfered with this case. I have no bias

of any kind or animosity toward you. All information regarding this case was learned through

---

[1] *Los v. Los*, 595 A.2d 381, 384-85 (Del. 1991)(internal citations omitted).

my role as a judge. Further, there was no appearance of bias in this case sufficient to cast doubt upon my impartiality. Thus, this Motion to Recuse is frivolous; and, therefore, was **DENIED**.

**IT IS SO ORDERED.**

Very truly yours,

Richard F. Stokes

cc: Prothonotary's Office
    David Hume, Esq.